# *IN THE SUPREME COURT, STATE OF WYOMING*

**2014 WY 163**

*October Term, A.D. 2014*

*December 17, 2014*

MARCOS RAFAEL
VASQUEZ-CASAS,

Appellant
(Defendant),

v.                                                                  S-14-0203

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S SENTENCING ORDER

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of sexual abuse of a minor in the first degree.  This is Appellant's direct appeal from the resulting conviction.  On September 26, 2014, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  Following a careful review of the record and the "*Anders* brief" submitted by counsel, this Court, on October 21, 2014, entered its "Order Granting Permission for Court-Appointed Counsel to Withdraw."  That Order notified Appellant the District Court's July 7, 2014, "Sentencing Order" would be affirmed unless, on or before December 8, 2014, Appellant filed a brief that persuaded this Court the captioned appeal is not wholly frivolous.  Now, taking note that Appellant, Marcos Rafael Vasquez-Casas, has not filed a brief or other pleading within the time allotted, the Court finds that the district court's "Sentencing Order" should be affirmed in all respects.  It is, therefore,

[¶2]   **ORDERED** that the District Court's July 7, 2014, "Sentencing Order" be, and the same hereby is, affirmed.

[¶3]   **DATED** this 17th day of December, 2014.

**BY THE COURT:**

/s/

**E. JAMES BURKE**
**Chief Justice**